UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN M. HARMON, | NO. CV 15-137-JLS (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF GLENDALE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed with prejudice.

DATED: May 11, 2015

_____
JOSEPHINE L. STATON
United States District Judge